IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HENRY M. HEARNE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-276E |
| | ) | |
| MOTION CONTROL INDUSTRIES, | ) | |
| DIVISION OF CARLISLE CORPORATION, | ) | |
| RETIREMENT PLAN FOR BARGAINING | ) | |
| UNIT EMPLOYEES OF MOTION CONTROL | ) | |
| INDUSTRIES, DIVISION OF CARLISLE | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## **NOTICE OF APPEARANCE**

TO: Clerk of United States District Court
Western District of Pennsylvania

You will please enter my appearance on behalf of the plaintiff in the above captioned action.

BY: _/s/ Jason Mettley_
Jason Mettley, Esquire
Pa. I.D. #81966
JUBELIRER, PASS & INTRIERI, P.C.
219 Fort Pitt Boulevard
Pittsburgh, Pennsylvania 15222
T: (412) 281-3850
F: (412) 281-1985
Email: jm@jpilaw.com

Attorney for Plaintiffs