IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLENN H. OLAY, | |
|     Plaintiff, | |
|   v. | Civil Action No. 04-266  Erie |
| ………………………………………….. | |
| HENRY M. HEARNE, | |
|     Plaintiff, | |
|   v. | Civil Action No. 04-276  Erie |
| ………………………………………….. | |
| PAUL L. PLYLER, | |
|     Plaintiff, | |
|   v. | Civil Action No. 04-277  Erie |
| ………………………………………….. | |
| WILLIAM F. LUNDER, | |
|     Plaintiff, | |
|   v. | Civil Action No. 04-278  Erie |
| ………………………………………….. | |
| LYNN A. RHODES, | |
|     Plaintiff, | |
|   v. | Civil Action No. 04-279  Erie |
| ………………………………………….. | |
| TERRY K. ROCKWELL, | |
|     Plaintiff, | |
|   v. | Civil Action No. 04-280  Erie |
| ………………………………………… | |
| | |
| MOTION CONTROL INDUSTRIES, | |
| DIVISION OF CARLISLE CORPORATION, | Judge Maurice B. Cohill, Jr. |
| RETIREMENT PLAN FOR BARGAINING | |
| UNIT EMPLOYEES OF MOTION | |
| CONTROL INDUSTRIES, DIVISION OF | |
| CARLISLE CORPORATION, | |
| | |
|     Defendants. | |

## ORDER OF COURT

AND NOW, this _____ day of _____, _____, Plaintiffs having filed a motion for summary judgment, the Defendants having responded and the Court having given the matter due consideration, **IT IS ORDERED**, that the motion be, and the same hereby is,

2

**GRANTED**, and that judgment be entered in the Plaintiffs favor deeming them to be entitled to disability retirement pension benefits from the Retirement Plan for Bargaining Unit Employees of Motion Control Industries, Division of Carlisle Corporation. Plaintiffs are directed to file an application for attorneys' fees and costs associated with this litigation within ___ days of this order.

                                                  Judge Maurice B. Cohill, Jr.